**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 04-855-1-PCT-ECV |
| Plaintiff, | ) | |
| vs. | ) | |
| Marlin Nez, | ) | **ORDER** |
| Defendant. | ) | |

A detention hearing on the Petition on Probation was held on April 28, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing on April 27, 2006.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 4th day of May, 2006.

Lawrence O. Anderson
United States Magistrate Judge