WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>          v.                                        )<br>                                                        )<br>Marlin Leon Nez,                        )<br>                                                        )<br>                    Defendant.      )<br>_____) | CR-04-855-01-PCT-ECV<br><br>O R D E R |

       Defendant was originally placed on probation by Magistrate Judge Verkamp on August 11, 2004. On February 3, 2005, a Petition for violation of conditions of probation was filed alleging a violation of Standard Condition No. 3.  The case was reassigned to Magistrate Judge Edward C. Voss on April 26, 2006.

       On April 27, 2006, defendant appeared with counsel, Karen Wilkinson, and the Government was represented by AUSA John Boyle for a detention and preliminary revocation hearing. Defendant waived his preliminary revocation hearing and a detention hearing was set for April 28, 2006. At the detention hearing defendant was detained. An Admit/Deny hearing was set for May 9, 2006 before Magistrate Judge Edward C. Voss. At the admit/deny hearing defendant admitted to violating Standard Condition No. 3 "A" by failing to submit supervision reports for the months of October, November and December. He further admitted to violating Standard Condition No. 3 "B" by failing to report in person to the probation office on January 27, 2005. Defendant waived the Final Disposition Presentence Report and agreed to proceed to disposition.

       The Court finds that defendant has committed the violations admitted above.

       The Court further finds as follows:

       (1)    that Defendant is competent to admit the violation;

       (2)    that Defendant understands his right to an evidentiary hearing and has knowingly and voluntarily waived his right to that hearing;

        (3)    that defendant understands the sentencing options the Court may impose as a result of his admission;

        (4)    that Defendant understands the nature of the allegation against him;

        (5)    that Defendant has admitted the following allegation: violation of Standard Condition No. 3;

        (6)    that there is a factual basis for the Defendant's admission;

        (7)    that the admission by the Defendant has been knowingly and voluntarily made and is not the result of force or threats or promises.

IT IS ORDERED that the defendant's probation is revoked.

IT IS FURTHER ORDERED that the defendant Marlin Leon Nez is committed to the custody of the Bureau of Prisons for a period of four (4) months with no term of supervision upon release from incarceration.

DATED this 18th day of May, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge

cc: AUSA, CNSL, USPO, USM-2 cert.
pkd 5/18/06